FILED

JUN - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT

8           SOUTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,        )   Criminal Case No. 08CR 1777 DMS
                                     )
10                Plaintiff,         )   I N F O R M A T I O N
                                     )
11       v.                          )   Title 8, U.S.C., Sec. 1325 -
                                     )   Illegal Entry (Misdemeanor);
12   JUAN GABRIEL CRUZ-CORNEJO,      )   Title 8, U.S.C., Sec. 1325 -
                                     )   Illegal Entry (Felony)
13                Defendant.         )
                                     )
14   _____)

15       The United States Attorney charges:

16                         Count 1

17       On or about ____April 5, 2008____, within the Southern

18   District of California, defendant JUAN GABRIEL CRUZ-CORNEJO, being an

19   alien, unlawfully entered or attempted to enter the United States at

20   a time and place other than as designated by immigration officers, and

21   eluded examination and inspection by immigration officers, and

22   attempted to enter or obtained entry to the United States by a

23   willfully false or misleading representation or the willful

24   concealment of a material fact; in violation of Title 8, United States

25   Code, Section 1325, a misdemeanor.

26   //

27   //

28   //

WDK:mg:San Diego
5/8/08

1

<u>Count 2</u>

2       On or about May 3, 2008, within the Southern District of
3  California, defendant JUAN GABRIEL CRUZ-CORNEJO, being an alien,
4  unlawfully entered or attempted to enter the United States at a time
5  and place other than as designated by immigration officers, and eluded
6  examination and inspection by immigration officers, and attempted to
7  enter or obtained entry to the United States by a willfully false or
8  misleading representation or the willful concealment of a material
9  fact and previously committed the offense of illegal entry, as alleged
10  in Count 1; all in violation of Title 8, United States Code,
11  Section 1325, a felony.

12       DATED: _____June 3, 2008_____.

13                                    KAREN P. HEWITT
                                      United States Attorney
14

15                                    _Charlotte E. Kaye for_
                                      DOUGLAS KEEHN
16                                    Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28